IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHELLE GAZAVE

        Plaintiff,

  v.

AARON PERSKY,

        Defendant
_____/

No. C 13-00063 RS

**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS,**

Plaintiff seeks leave to proceed *in forma pauperis*, although no actual application appears in the docket. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe,* 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

As presently drafted, the complaint is without merit in that it fails to set forth a cognizable claim. The named defendant is a California Superior Court Judge who is alleged to have made incorrect rulings in a family law proceeding in Santa Clara Superior Court. To the extent plaintiff intends to assert a claim against the defendant individually, as a judge he is entitled to absolute immunity for the types of acts alleged. To the extent plaintiff is attempting to overturn the legal

rulings, there is no jurisdiction in this Court for such collateral attacks on state court decisions. Accordingly, plaintiff's request to proceed *in forma pauperis* is denied without prejudice. If plaintiff does not pay the filing fee by February 22, 2013, the Court will dismiss the action without prejudice.

IT IS SO ORDERED.

Dated: 1/15/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE