IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHELLE GAZAVE                                      No. C 13-00063 RS

          Plaintiff,
v.                                                                      **ORDER DISMISSING ACTION**

AARON PERSKY,

          Defendant
_____/

Plaintiff's application to proceed *in forma pauperis* was previously denied and she was advised that if she did not pay the filing fee by February 22, 2013, this action would be dismissed without prejudice. Plaintiff has not paid the fee or otherwise responded. Accordingly, this action is hereby dismissed, without prejudice.

IT IS SO ORDERED.

Dated: 4/8/13

                                      RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE