IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHELLE GAZAVE

        Plaintiff,

  v.

AARON PERSKY,

        Defendant

No. C 13-00063 RS

**ORDER DISMISSING ACTION**

Plaintiff's application to proceed *in forma pauperis* was previously denied and she was advised that if she did not pay the filing fee by February 22, 2013, this action would be dismissed without prejudice. Plaintiff has not paid the fee or otherwise responded. Accordingly, this action is hereby dismissed, without prejudice.

IT IS SO ORDERED.

Dated: 4/8/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE